UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH                           824 MARKET STREET
                                              WILMINGTON, DE 19801
                                                 (302) 252-2925

February 7, 2014

| | |
|---|---|
| Pauline K. Morgan<br>Kenneth J. Enos<br>Ryan M. Bartley<br>Ashley E. Markow<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Mark Wesley<br>808 Circle Trace Rd.<br>Monroe, NC 28110<br><br>Pro Se Claimant<br><br>James Avola<br>2415 Diplomat Lane<br>Charlotte, NC 28210 |
| Andrew N. Rosenberg<br>Oksana Lashko<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br><br>Counsel to Penson<br>Technologies, LLC | Pro Se Claimant |

**Re: Penson Worldwide, Inc., et al.**
**Case No. 13-10061**

Dear Counsel and Messrs. Wesley and Avola:

      This is with respect to Penson Technologies, LLC's Third Omnibus (Substantive) Objection to Claims (Doc. # 858). In particular, this is with respect to the claimants' response by Mark Wesley and James Avola (Doc. # 988). I do not find that response enlightening.

As counsel is aware, the objection to the claims is a contested matter and therefore numerous Part VII rules are applicable, including discovery rules. I believe that appropriately focused discovery requests by the Debtor to the claimants should enable us to more effectively address the objections.

I would hope that that discovery could be completed within the next 60 days and a revised objection filed. Of course, the claimants would be entitled to respond to that revised objection. Such a response should be filed within 30 days after the filing of the revised objection. Of course, the claimants can conduct discovery if they wish to do so.

Very truly yours,

Peter J. Walsh

PJW:ipm